| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **INDIEV, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 82-2566004 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1690 Scenic Avenue**<br>**Costa Mesa, CA 92626**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**    **www.indiev.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **INDIEV, INC.**                                                                        Case number (if known) _____
            Name

---

**7.   Describe debtor's business**    **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.   Under which chapter of the
Bankruptcy Code is the
debtor filing?**

A debtor who is a "small
business debtor" must check
the first sub-box. A debtor as
defined in § 1182(1) who
elects to proceed under
subchapter V of chapter 11
(whether or not the debtor is a
"small business debtor") must
check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate
     noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than
     $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of
     operations, cash-flow statement, and federal income tax return or if any of these documents do not
     exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated
     debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to
     proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent
     balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if
     any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in
     accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and
     Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the
     *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11*
     (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy
cases filed by or against
the debtor within the last 8
years?**
If more than 2 cases, attach a
separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

---

Debtor    **INDIEV, INC.**                                                    Case number (if known) _____
       Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | Check all that apply:<br><br>■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (Check all that apply.)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?**<br>    _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

---

■  **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | Check one:<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | |
|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49           ☐ 1,000-5,000           ☐ 25,001-50,000<br>☐ 50-99          ☐ 5001-10,000         ☐ 50,001-100,000<br>■ 100-199       ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |

| | | |
|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000          ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million  ☐ More than $50 billion |

| | | |
|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000          ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion |

---

Debtor    **INDIEV, INC.**                                            Case number *(if known)*
          Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than  $50 billion

Debtor  INDIEV, INC.                                                Case number (if known)
Name

**Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature
    of authorized
    representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/02/2023
              MM / DD / YYYY

X _____          Ying Zhou
  Signature of authorized representative of debtor      Printed name

Title   **Chief Financial Officer**

18. Signature of attorney

X _____   Date  10/02/2023
  Signature of attorney for debtor         MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**      Email address   michael.berger@bankruptcypower.com

**100291 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **INDIEV, INC.** | |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2023-10-02___    X _____
Signature of individual signing on behalf of debtor

**Ying Zhou**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **INDIEV, INC.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A2Mac1 Benchmarking Center** 8393 Rawsonville Rd Belleville, MI 48111 | | Vendor | | | | $125,000.00 |
| **Advanced Vehicle Technologies** 39205 Country Club Drive #C20 Farmington, MI 48331 | | Vendor | | | | $160,916.00 |
| **Bank of America** Attn: Bankruptcy NC4-10 POB 26012 Greensboro, NC 27410 | | Business Credit Card | | | | $115,000.00 |
| **BWI Chassis Dynamics (NA)** 12501 E Grand River Ave Brighton, MI 48116 | | Vendor | | | | $500,000.00 |
| **Continental Safety Engineering GmbH** Carl-Zeiss-Str. 9 63755 Alzenau, Germany | | Vendor | | | | $201,600.00 |
| **Industrial Man Manufacturing** No. 186 Nanjiang Road, Humen Town,Dongguan 523930 China | | Vendor | | | | $153,437.00 |

| Debtor | __INDIEV, INC.__ | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Merit, Inc 221 Dongbaekjungangro #403 Dongbaek-dong giheung-gu Yongin-si Gyeonggi-do 17006 Korea** | | Vendor | | | | $834,351.00 |
| **Myoung Shin Co LTD Litigation Pending 34, Jayu-ro, Gunsan-si Jeollabuk-Do, South Korea** | | Vendor | | | | $439,330.00 |
| **Sheppard Mullin 12275 El Camino Real, Ste. 200 San Diego, CA 92130-4092** | | Legal fees | | | | $110,474.25 |
| **Snail Games Hong Kong 2107 147 Teheran-ro Gangnam-gu Seoul, Republic of Korea** | | Business loan; the principal of Snail Games is Sizhou Snail Digital Technology Co., Ltd., whose principals are Hai Shi and Ying Zhou (equity security | | | | $300,000.00 |
| **Snail Games Japan 2107 147 Teheran-ro Gangnam-gu Seoul, Republic of Korea** | | Business loan; the principal of Snail Games is Sizhou Snail Digital Technology Co., Ltd., whose principals are Hai Shi and Ying Zhou (equity security | | | | $831,701.00 |
| **Snail Games Korea 2107, 147 Teheran-ro Gangnam-gu Seoul, Republic of Korea** | | Business loan; the principal of Snail Games is Sizhou Snail Digital Technology Co., Ltd., whose principals are Hai Shi and Ying Zhou (equity security | | | | $300,000.00 |

Debtor  **INDIEV, INC.**
     Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Standard Profil US LLC**<br>**27300 Haggerty Rd**<br>**F5**<br>**Farmington, MI**<br>**48331** | | **Vendor** | | | | $157,143.50 |
| **TA Partners Apartment Fund V LLC**<br>**c/o Gordinier Kang & Kim LLP**<br>**Edward S. Kim, Esq.**<br>**300 Spectrum Center Dr., Ste 1090**<br>**Irvine, CA 92618** | | **Pending lawsuit for breach of promissory note and guarantee** | **Contingent Unliquidated Disputed** | | | $2,000,000.00 |
| **TATA AutoComp Systems**<br>**TACO House, Off Law College Rd**<br>**Damle Path, Pune, 411004**<br>**India** | | **Vendor** | | | | $617,603.50 |
| **TPAM**<br>**5915 Jason Street**<br>**Toledo, OH 43611** | | **Vendor** | | | | $137,400.00 |
| **WLM Showcase, LLC**<br>**c/o Rudderow Law Group**<br>**Nectaria Belantis, Esq.**<br>**1301 Dove Street, Suite 800**<br>**Newport Beach, CA 92660** | | **Pending unlawful detainer** | **Contingent Unliquidated Disputed** | | | $220,000.00 |
| **Wooshin Ind. Co. Ltd**<br>**94 Ami-ro, Myeoncheon-myeon**<br>**,**<br>**Dangjin-si Korea** | | **Vendor** | | | | $791,149.79 |
| **Yan Chen**<br>**499 S Spalding Drive**<br>**Beverly Hills, CA 90210** | | **Loan from Director and Shareholder; insider of the Debtor** | | | | $1,000,000.00 |
| **Ying Zhou**<br>**520 N Hillcrest Rd.**<br>**Beverly Hills, CA 90210** | | **Loan from Debtor's Director and Shareholder; Insider** | | | | $15,136,500.00 |

# United States Bankruptcy Court
## Central District of California

In re    **INDIEVE, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hai Shi**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **5,088,300** | **72.69% equity interest** |
| **Heidy Kingwan Chow**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **4,200** | **0.06% equity interest** |
| **Jim Shun Tsai**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **7,000** | **0.1% equity interest** |
| **Peter Yung Kang**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **4,200** | **0.06% equity interest** |
| **Qianrong Capital Limited**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **368,200** | **5.26% equity interest** |
| **Sheng Wang**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **70,000** | **1% equity interest** |
| **Wei Han**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **210,000** | **3% equity interest** |
| **Yan Chen**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **280,000** | **4% equity interest** |
| **Ying Zhou**<br>**1690 Scenic Avenue**<br>**Costa Mesa, CA 92626** | | **968,100** | **13.83% equity interest** |

Sheet 1 of 2 in List of Equity Security Holders

In re:    **Indiev, Inc.** _____          Case No. _____

                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Ying Zhou, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    10/02/2023                Signature _____
                                               Ying Zhou

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Costa Mesa _____ , California.

Date:   10 / 02 / 2023 _____

_____
**Ying Zhou**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: |
| --- |
| Debtor name **INDIEV, INC.** |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................  $              0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................  $     2,830,208.02

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................  $     2,830,208.02

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.....................  $       35,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................  $              0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............  +$    26,403,492.05

4.  Total liabilities ................................................................................  $    26,438,492.05
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **INDIEV, INC.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Toyota Industrial Commercial Financ** | Describe debtor's property that is subject to a lien | $35,000.00 | $0.00 |
|---|---|---|---|---|

**2.1**

**Toyota Industrial Commercial Financ**
Creditor's Name

**PO Box 9050**
**Coppell, TX 75019-9050**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**9/28/2022**
**Last 4 digits of account number**
**0115**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**(1) Toyota Forklift Model #FBCU30, Serial #74012, Attachments: 42 Inch Forks Battery and Battery Charger**

**Describe the lien**
**UCC Financing Statement/Master Lease Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

| | Amount of claim | |
|---|---|---|
| | $35,000.00 | $0.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $35,000.00

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Rebas, Inc.**<br>**12907 Imperial Hwy**<br>**Santa Fe Springs, CA 90670-4715** | Line **2.1** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **INDIEV, INC.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A2Mac1**<br>**Benchmarking Center**<br>**8393 Rawsonville Rd**<br>**Belleville, MI 48111**<br><br>Date(s) debt was incurred **11/19/2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$125,000.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Addnode**<br>**6300 West Loop South #335**<br>**Bellaire, TX 77401**<br><br>Date(s) debt was incurred **08/31/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$90,939.25** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Adnet Advertising Agency**<br>**1935 76th Street, Suite #03**<br>**East Elmhurst, NY 11370**<br><br>Date(s) debt was incurred **01/19/2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$958.87** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Advanced Vehicle Technologies**<br>**39205 Country Club Drive #C20**<br>**Farmington, MI 48331**<br><br>Date(s) debt was incurred **April 2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$160,916.00** |

Debtor **INDIEV, INC.**
_____
Name
Case number (if known) _____

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,666.67 |

**Allenki, Saicharan**
**35333 Drakeshire Lane, Apt 204**
**Farmington, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Basis for the claim: **Unpaid Wages to Former Employees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,400.00 |

**Applus IDIAMA Group**
**L'Albornar, PO Box 20**
**E-43710 Santa Olivia (Tarragona)**
**Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/01/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,400.00 |

**ARRK Product Development Group**
**4660 La Jolla Village Drive**
**Suites 100 & 200**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/25/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |

**Asset Tiger**
**300 Cadman Plaza West, #1303**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/11/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,700.00 |

**AStech Incorporation**
**3Ba-216 Sihwa Industrial Complex #5**
**Mayu-ro 42beon-gil**
**Siheung-si, Gyeonggi do, Korea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/20/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,356.86 |

**AT&T**
**11462 Telegraph Rd**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/21/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,067.00 |

**Autoliv**
**Klarabergsviadukten 70**
**Section B7, 111 64**
**Stockholm**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/24/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **INDIEV, INC.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**3.12**

Nonpriority creditor's name and mailing address

**Bank of America**
**Attn: Bankruptcy NC4-10**
**POB 26012**
**Greensboro, NC 27410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ☒ No  ☐ Yes

**$115,000.00**

---

**3.13**

Nonpriority creditor's name and mailing address

**Basirat, Mehdi**
**3843 Wade St**
**Los Angeles, CA 90066**

Date(s) debt was incurred  **October 2022-Dec 2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages to Former Employees**

Is the claim subject to offset? ☒ No  ☐ Yes

**$18,333.34**

---

**3.14**

Nonpriority creditor's name and mailing address

**Bautista, Moises A**
**15 Ashton**
**Mission Viejo, CA 92692**

Date(s) debt was incurred  **October 2022-Dec 2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages to Former Employees**

Is the claim subject to offset? ☒ No  ☐ Yes

**$12,000.01**

---

**3.15**

Nonpriority creditor's name and mailing address

**Bel Air Soto, LLC**
**c/o Jones, Bell, Abbott, Fleming**
**Fredrick A. Rafeedie, Esq.**
**601 South Figueroa Street, Suite 34**
**Los Angeles, CA 90017-5759**

Date(s) debt was incurred  **3/14/2023**

Last 4 digits of account number  **0756**

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Pending lawsuit for breach of contract/lease action related to prior commercial space; former landlord**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.16**

Nonpriority creditor's name and mailing address

**Big Ass Fans**
**Delta T LLC**
**2348 Innovation Dr., POB #11307**
**Lexington, KY 40575-1307**

Date(s) debt was incurred  **12/30/2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

**$12,550.00**

---

**3.17**

Nonpriority creditor's name and mailing address

**Blanco, Amber**
**2155 New York Drive**
**Altadena, CA 91001**

Date(s) debt was incurred  **October 2022-Dec 2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages to Former Employees**

Is the claim subject to offset? ☒ No  ☐ Yes

**$9,333.34**

---

**3.18**

Nonpriority creditor's name and mailing address

**Buchalter**
**1000 Wilshire Blvd., Ste 1500**
**Los Angeles, CA 90017**

Date(s) debt was incurred  **01/31/2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$31,469.94**

---

Debtor  **INDIEV, INC.**
Name

Case number (if known) _____

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,432.00 |

**Bugarin, Rene M**
14636 Alexander Street
San Fernando, CA 91340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2022-Dec 2022__

Last 4 digits of account number __

Basis for the claim:  __Unpaid Wages to Former Employees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,578.47 |

**Butler Compression**
9805 Bald Mountain Ct
Agua Dulce, CA 91390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/25/2022__

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |

**BWI Chassis Dynamics (NA)**
12501 E Grand River Ave
Brighton, MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/22/2021__

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |

**Capture 3D, Inc**
3207 S. Shannon Street
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/08/2022__

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,392.00 |

**Carlsen, Christian M**
3579 Watkins Drive
Riverside, CA 92507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2022-Dec 2022__

Last 4 digits of account number __

Basis for the claim:  __Unpaid Wages to Former Employees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,575.00 |

**Chau, Sing Wan**
16145 Sigman Street
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2022-Dec 2022__

Last 4 digits of account number __

Basis for the claim:  __Unpaid Wages to Former Employees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,433.31 |

**Chingyu Kuo**
m. 906, 9F., No. 346-3, Sec. 3,
Nanjing E. Rd. Songshan Dist.
Taipei City, Taiwan

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/09/2023__

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    __INDIEV, INC.__                                              Case number (if known)
           Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $997.50 |

**Cision**
12051 Indian Creek Court
Beltsville, MD 20705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/25/2022

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,138.49 |

**City of Beverly Hills**
455 North Rexford Drive
Beverly Hills, CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/02/2023

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,196.94 |

**City of Vernon**
4305 S Santa Fe Ave
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/30/2023

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,852.09 |

**Connection Business Solution**
3483 S Evans St., Ste. A
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/28/2017

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201,600.00 |

**Continental Safety Engineering GmbH**
Carl-Zeiss-Str. 9
63755 Alzenau, Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/07/2022

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |

**Cosmo**
950 N Tustin Ave, Ste. 101-53
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/07/2022

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $887.21 |

**CRR Waste Services - Stanton**
11292 Western Avenue
Stanton, CA 90680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/01/2023

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **INDIEV, INC.**                                                Case number (if known) _____
          Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,666.67 |

**Cuevas, Jesse**
**8814 Marlene Street**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2022-Dec 2022**

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,702.75 |

**Daxer Tools**
**Unit No. 26, 27, 28, Nidhi Ind Comp**
**Opp.Nicholas Motors, Sativali Road**
**Vasai (East) Thane 401208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/04/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.18 |

**Diamond Environmental Services**
**807 E. Mission Road**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/29/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,830.50 |

**Docusign**
**221 Main St., Suite 1000**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/17/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,333.34 |

**Doud, Gregory P**
**16097 Sun Summit Point**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2022-Dec 2022**

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,852.50 |

**dSpace**
**50131 Pontiac Trail**
**Wixom, MI 48393-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/01/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |

**Dzine**
**9351 Fireside Dr.**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **INDIEV, INC.**
_____   Name _____   Case number (if known) _____

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,485.53** |

3.40   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$14,485.53**
**Edison**
PO Box 300
Rosemead, CA 91772-0002
Date(s) debt was incurred  03/10/2023
Last 4 digits of account number _
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

3.41   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$48,594.04**
**Embitel Technologies India Pvt**
32871 Middlebelt Rd, Ste 100
Farmington, MI 48334
Date(s) debt was incurred  05/13/2022
Last 4 digits of account number _
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

3.42   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$2,372.80**
**Encore Welding Supply**
2900 E. 29th Street
Long Beach, CA 90806
Date(s) debt was incurred  11/30/2022
Last 4 digits of account number _
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

3.43   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply*   **$3,750.00**
**Fabtrans**
225 Willowbrok Drive
Whitby, Ontario L1R 2Z2
Date(s) debt was incurred  05/09/2022
Last 4 digits of account number _
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

3.44   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply*   **$24.00**
**Ferrell Gas**
One Liberty Plaza
Liberty, MO 64068
Date(s) debt was incurred  06/24/2022
Last 4 digits of account number _
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

3.45   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*   **$25,515.00**
**Fragomen, Del Rey, Bernsen**
18401 Von Karman Ave #255
Irvine, CA 92612
Date(s) debt was incurred  12/16/2022
Last 4 digits of account number _
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

3.46   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply*   **$20,932.35**
**Freeman**
1101 Moore Rd
Avon, OH 44011
Date(s) debt was incurred  12/15/2022
Last 4 digits of account number _
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

Debtor    **INDIEV, INC.**
Name

Case number (if known) _____

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $14,442.00 |
|---|---|---|---|

**Future US LLC**
**555 11st NW**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/07/2022

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $20,833.35 |
|---|---|---|---|

**Gage, Thomas B**
**720 W Pine Ave**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $10,666.67 |
|---|---|---|---|

**Garcia Zepeda, Pedro A**
**3257 Hollypark Drive Apt 2**
**Inglewood, CA 90305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,026.10 |
|---|---|---|---|

**GB Services**
**PO Box 1026**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/20/2022

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $58,023.44 |
|---|---|---|---|

**Geil Industries**
**7201 Clay Ave**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/07/2021

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,096.87 |
|---|---|---|---|

**Grainger.com**
**c/o Avis Law Group**
**PO Box 31579**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/12/2022

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $8,000.01 |
|---|---|---|---|

**Gu, ShengXing**
**1141 West Duarte Road, Unit K**
**Arcadia, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **INDIEV, INC.**  Case number (if known) _____

Name

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $8,333.35 |
|---|---|---|---|

**Guo, Yibin**
**65 Briar Lane**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Basis for the claim: **Unpaid Wages to Former Employees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $0.00 |
|---|---|---|---|

**Han, Wei**
**620 North Martel Avenue**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Basis for the claim: **Unpaid Wages to Former Employees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $15,137.15 |
|---|---|---|---|

**Herc Rentals**
**3057 S. Golden State Frontage**
**Fresno, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/02/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $9,039.00 |
|---|---|---|---|

**HLH Prototypes**
**1801 Xing Ji Blg., Xin Sha Road**
**Shajing, Baoan, Shenzhen China**
**518125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/11/2021**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $7,000.00 |
|---|---|---|---|

**Ideation Creation Group Inc**
**1007 Calle Sombra**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/05/2017**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $22,080.00 |
|---|---|---|---|

**Idetecht Solutions**
**4401 Atlantic Ave., 2nd Fl**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/01/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $285.00 |
|---|---|---|---|

**IMI Exhibits**
**195 Pioneer Place**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/01/2020**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **INDIEV, INC.**
_____
Name

Case number (if known) _____

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,437.00 |
|---|---|---|---|

**Industrial Man Manufacturing**
No. 186 Nanjiang Road,
Humen Town,Dongguan 523930
China

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred  **11/24/2022**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,971.21 |
|---|---|---|---|

**Industrial Metal Supply**
8300 San Fernando Road
Sun Valley, CA 91352

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred  **8/24/2022**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.82 |
|---|---|---|---|

**Innovative Office Solutions**
3305 E Miraloma Ave #170
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred  **02/24/2023**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,223.50 |
|---|---|---|---|

**Insight NA Headquarters**
2701 E Insight Way
Chandler, AZ 85286

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred  **02/28/2023**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,532.98 |
|---|---|---|---|

**Iship Intergetiy**
55 E Huntington Drive #310
Arcadia, CA 91006

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred  **10/01/2022**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,800.00 |
|---|---|---|---|

**IT8 Engineering Corp**
c/o Bickerstaff Health Delgado
3711 S. Mo-Pac, Bldg 1, Suite 300
Austin, TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date(s) debt was incurred  **04/27/2022**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,666.68 |
|---|---|---|---|

**Ju, Young Joon**
168 W Green St. Apt #317
Pasadena, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages to Former Employees**

Date(s) debt was incurred  **October 2022-Dec 2022**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor __INDIEV, INC.__ _____    Case number (if known) _____
    Name

| | | |
|---|---|---|
| **3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$40,000.00** |

**Juoku Technology**
**No. 1, Sinle Road, South Dist.**
**Tainan City, 702 Taiwan**

Date(s) debt was incurred __01/01/2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$11,666.67** |

**Khan, Rasel**
**3828 West 226th St., Apt 48**
**Torrance, CA 90505**

Date(s) debt was incurred __October 2022-Dec 2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Wages to Former Employees__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$8,666.67** |

**Khandker, Fariz**
**1515 Wilshire Blvd., Apt 333**
**Los Angeles, CA 90017**

Date(s) debt was incurred __October 2022-Dec 2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Wages to Former Employees__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$12,000.01** |

**Kim, Wonkyu**
**15161 Riviera Lane**
**La Mirada, CA 90638**

Date(s) debt was incurred __October 2022-Dec 2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Wages to Former Employees__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$26,400.01** |

**Kimm, Esther**
**5709 Avenue A**
**Torrance, CA 90505**

Date(s) debt was incurred __October 2022-Dec 2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Wages to Former Employees__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$11,615.30** |

**Landmark LLC**
**Rm 503 306 Sihwabencheo-ro**
**Siheung, Gyeonggi 15117**
**Republic of Korea**

Date(s) debt was incurred __04/07/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$20,550.85** |

**Lee, Ellen Y**
**1608 Heather Hill Road**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred __October 2022-Dec 2022__
__and March 2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Wages to Former Employees__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | INDIEV, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,988.00**

LegalZoom.com
101 North Brand Blvd., 11th Floor
Glendale, CA 91203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/07/2022

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,200.01**

Lin, Yu Fong Dolly
2313 Rogers Dr
Alhambra, CA 91803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,333.33**

Litsey, Robert Martin
4965 N Clydebank Ave
Covina, CA 91722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.02**

Makepeace, Brian
12826 Penske Street
Moreno Valley, CA 92553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,300.00**

Malibu Diversified, LLC
3100 Jefferson St
Riverside, CA 92504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/16/2023

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,601.15**

Marcum
600 Anton Blvd., #1600
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/09/2023

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00**

Martinez Gomez, Arthuro
15652 Williams St., Apt 12D
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **INDIEV, INC.**
Name

Case number (if known) _____

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,546.67
**Medina, Rommel R**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Last 4 digits of account number __

Basis for the claim: **Unpaid Wages to Former Employees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,666.67
**Mehrabi, Sahar**
25572 Loganberry Lane
Lake Forest, CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Last 4 digits of account number __

Basis for the claim: **Unpaid Wages to Former Employees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834,351.00
**Merit, Inc**
221 Dongbaekjungangro #403
Dongbaek-dong giheung-gu
Yongin-si Gyeonggi-do 17006 Korea

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/16/2021**

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.17
**MesaWater**
1965 Placentia Ave
Costa Mesa, CA 92627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/15/2023**

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,833.35
**Meshkinfam, Farshid**
26 Saddleridge
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Last 4 digits of account number __

Basis for the claim: **Unpaid Wages to Former Employees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.33
**Metro Express Lanes**
20101 Hamilton Ave, Ste 100A
Torrance, CA 90502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/25/2022**

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,408.50
**Metro Technologies**
1462 E Big Beaver
Troy, MI 48083-1904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/09/2021**

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **INDIEV, INC.**
_____
Name

Case number (if known) _____

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,833.35 |
|---|---|---|---|

**Modiri, Farzin**
**234 Cliff Drive #8**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2022-Dec 2022**

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,666.68 |
|---|---|---|---|

**Mokhtari, Kasra**
**1117 South Hobart Blvd #2**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2022-Dec 2022**

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,896.41 |
|---|---|---|---|

**Moss Adams**
**999 Third Avenue, Suite 2800**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,819.60 |
|---|---|---|---|

**MTC**
**411 Woodlawn Ave**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/02/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $439,330.00 |
|---|---|---|---|

**Myoung Shin Co LTD**
**Litigation Pending**
**34, Jayu-ro, Gunsan-si**
**Jeollabuk-Do, South Korea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/01/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,788.44 |
|---|---|---|---|

**National Coatings and Supplies**
**4900 Falls of Neuse Rd., Suite 150**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Neris Cleaning Solutions**
**2021 Orange Ave**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/31/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **INDIEV, INC.**
    Name

Case number (if known)

| | |
|---|---|
| **3.96** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$49,851.35** |
| **NOIZ** | ☐ Contingent |
| 9665 Wilshire Blvd., #100 | ☐ Unliquidated |
| Beverly Hills, CA 90212 | ☐ Disputed |
| Date(s) debt was incurred **01/01/2022** | Basis for the claim: **Vendor** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.97** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$889.28** |
| **Olander** | ☐ Contingent |
| 144 Commercial Street | ☐ Unliquidated |
| Sunnyvale, CA 94086 | ☐ Disputed |
| Date(s) debt was incurred **06/2023** | Basis for the claim: **Vendor** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.98** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$338.00** |
| **Pan Taiwan Enterprise** | ☐ Contingent |
| 16F-1, No. 16, Jian Ba Road, | ☐ Unliquidated |
| Chung Ho District, New Taipei City | ☐ Disputed |
| 23511 Taiwan | |
| Date(s) debt was incurred **10/18/2022** | Basis for the claim: **Vendor** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.99** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$45,050.00** |
| **Paul Hastings** | ☐ Contingent |
| 22/F Bank of China Tower | ☐ Unliquidated |
| 1 Garden Road | ☐ Disputed |
| Hong Kong | |
| Date(s) debt was incurred **06/09/2023** | Basis for the claim: **Vendor** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.100** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$90,739.01** |
| **Pfitzer Designs** | ☐ Contingent |
| 200 N Smith | ☐ Unliquidated |
| Corona, CA 92880 | ☐ Disputed |
| Date(s) debt was incurred **01/01/2022** | Basis for the claim: **Vendor** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.101** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$9,333.34** |
| **Phan, Milton** | ☐ Contingent |
| 715 South Roanne Street | ☐ Unliquidated |
| Anaheim, CA 92804 | ☐ Disputed |
| Date(s) debt was incurred **October 2022-Dec 2022** | Basis for the claim: **Unpaid Wages to Former Employees** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.102** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$5,000.00** |
| **Picture Mosaics LLC** | ☐ Contingent |
| 486 Norristiwn Rd #132 | ☐ Unliquidated |
| Blue Bell, PA 19422 | ☐ Disputed |
| Date(s) debt was incurred **04/28/2022** | Basis for the claim: **Vendor** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **INDIEV, INC.**
Name

Case number (if known)

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,700.07 |

**Pirate Staffing**
25020 Avenue Stanford, Suite 160
Valencia, CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/08/2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,235.00 |

**Plager Schack LLP**
16152 Beach Blvd #207
Huntington Beach, CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/21/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,933.33 |

**Reid, Steven J**
2490 Hillside Avenue
Norco, CA 92860

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Basis for the claim: **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**Reliable Powder Coating**
9505 Stewart and Gray Rd
Downey, CA 90241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/12/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,536.25 |

**RLE Int'l**
11400 Metro Airport Center Dr #100
Romulus, MI 48174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/30/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,008.00 |

**RNF Signs Inc**
309 S Irwindale Ave
Azusa, CA 91702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/28/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |

**Robles, Montserrat E**
200 No. Bixel St. #205
Los Angeles, CA 90026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Basis for the claim: **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **INDIEV, INC.**
      Name                                                    Case number (if known)

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.02
Rubio Monroy, Mario A
4408 Burns Ave
Los Angeles, CA 90029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,120.00
Santos, John Genaro
38 Silver Spring Drive
Palos Verdes Peninsula, CA 90274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00
Sentry Tech Security Alarm Co
15712 E Gale Ave
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2022

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,474.25
Sheppard Mullin
12275 El Camino Real, Ste. 200
San Diego, CA 92130-4092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/21/2022

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Shi, Hai
520 North Hillcrest Road
Beverly Hills, CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,666.68
Shim, Elisabeth J
2033 La Fremontia Street
South Pasadena, CA 91030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,707.00
Shipped.com
8628 N. Dysart Rd. Lot B
El Mirage, AZ 85335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/01/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case number (if known) _____

| Debtor | **INDIEV, INC.** |
|---|---|
| | Name |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,850.00 |
|---|---|---|---|

**Smart Janitorial**
645 N Eckhoff St., Ste. J
Orange, CA 92868

Date(s) debt was incurred **10/01/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,772.00 |
|---|---|---|---|

**Smart Sheet**
500 108th Street NE #200
Bellevue, WA 98004

Date(s) debt was incurred **04/09/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,001.07 |
|---|---|---|---|

**Smith, Ted J**
2985 Silver Cloud Circle
Norco, CA 92860

Date(s) debt was incurred **October 2022-Dec 2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Wages to Former Employees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Snail Games Hong Kong**
2107 147 Teheran-ro
Gangnam-gu
Seoul, Republic of Korea

Date(s) debt was incurred **07/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business loan; the principal of Snail Games is Sizhou Snail Digital Technology Co., Ltd., whose principals are Hai Shi and Ying Zhou (equity security holders of the Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $831,701.00 |
|---|---|---|---|

**Snail Games Japan**
2107 147 Teheran-ro
Gangnam-gu
Seoul, Republic of Korea

Date(s) debt was incurred **09/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business loan; the principal of Snail Games is Sizhou Snail Digital Technology Co., Ltd., whose principals are Hai Shi and Ying Zhou (equity security holders of the Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**Snail Games Korea**
2107, 147 Teheran-ro
Gangnam-gu
Seoul, Republic of Korea

Date(s) debt was incurred **02/2022 and 07/2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business loan; the principal of Snail Games is Sizhou Snail Digital Technology Co., Ltd., whose principals are Hai Shi and Ying Zhou (equity security holders of the Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **INDIEV, INC.**
   Name                                                       Case number (if known)

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,646.64 |
|---|---|---|---|

**3.123** Nonpriority creditor's name and mailing address

**SoCal Distribution**
**8946 Beatrice Pl**
**Rosemead, CA 91770-2804**

Date(s) debt was incurred __12/01/2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$6,646.64

---

**3.124** Nonpriority creditor's name and mailing address

**SoCal Gas**
**1801 S Atlantic Blvd.**
**Monterey Park, CA 91754**

Date(s) debt was incurred __02/28/2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$223.68

---

**3.125** Nonpriority creditor's name and mailing address

**South Coast AQMD**
**PO Box 4943**
**Diamond Bar, CA 91765**

Date(s) debt was incurred __10/04/2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$1,558.13

---

**3.126** Nonpriority creditor's name and mailing address

**Sparkletts**
**PO Box 660579**
**Dallas, TX 75266**

Date(s) debt was incurred __02/05/2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$220.56

---

**3.127** Nonpriority creditor's name and mailing address

**Sparks Marketing**
**2828 Charter Road**
**Philadelphia, PA 19154**

Date(s) debt was incurred __06/14/2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$108,738.43

---

**3.128** Nonpriority creditor's name and mailing address

**Standard Profil US LLC**
**27300 Haggerty Rd F5**
**Farmington, MI 48331**

Date(s) debt was incurred __03/08/2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$157,143.50

---

**3.129** Nonpriority creditor's name and mailing address

**Star Creative**
**Rm 906, 9/F., No. 346-3, Sec 3,**
**Nanjing E. Road, Songshan Dist**
**Taiei City 105403 Taiwan**

Date(s) debt was incurred __08/15/2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$40,000.00

---

Debtor **INDIEV, INC.**
_____ Case number (if known) _____
Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.02 |

Suleiman, Mohammad A
16 Sundown Drive
Trabuco Canyon, CA 92679

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Basis for the claim: **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,666.67 |

Sun, Chi Chang
13463 Twin Palms Ln
Sylmar, CA 91342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Basis for the claim: **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,536.79 |

Swoosh Technologies
1422 Elbridge Payne Rd., Ste 230
Saint Louis, MO 63017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/26/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000,000.00 |

TA Partners Apartment Fund V LLC
c/o Gordinier Kang & Kim LLP
Edward S. Kim, Esq.
300 Spectrum Center Dr., Ste 1090
Irvine, CA 92618

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2/2/2023**

Basis for the claim: **Pending lawsuit for breach of promissory note and guarantee**

Last 4 digits of account number **CNJC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617,603.50 |

TATA AutoComp Systems
TACO House, Off Law College Rd
Damle Path, Pune, 411004
India

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/01/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,372.50 |

Tebis America
400 E Big Beaver Rd
Troy, MI 48083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/01/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,920.00 |

Technicon Design
1800 N Perry St
Ottawa, OH 45875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/28/2022**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **INDIEV, INC.**
          _____        Case number (if known) _____
          Name

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,764.56 |

**The Machine Group Inc**
**1630 E Miraloma Ave**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/31/2022

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**The Pun Group LLP**
**200 E Sandpointe Ave. #600**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/15/2022

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.40 |

**Thorne, Michele R**
**1714 Ramona Ave**
**South Pasadena, CA 91030-4426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  **Unpaid Wages to Former Employees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,766.22 |

**Toyota Commercial Finance**
**8951 Cypress Waters Blvd. #300**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/08/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,400.00 |

**TPAM**
**5915 Jason Street**
**Toledo, OH 43611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/20/2022

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,656.00 |

**TRS Staffing**
**3 Polaris Way**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/05/2022

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,675.10 |

**Ushin**
**12 Rue Bernard Martel**
**80100 Abbeville - France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/29/2022

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **INDIEV, INC.**                                             Case number (if known) _____
                Name

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $7,999.68 |
|---|---|---|---|

**Valenzuela, Carlos A**
**1082 Belmont Ave., Apt. 4**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $8,668.32 |
|---|---|---|---|

**Valeo Inc**
**150 Stephenson Hwy**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/2023

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,750.80 |
|---|---|---|---|

**Villalva, Sandra A**
**4208 West 133rd St. Apt. B**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $8,333.35 |
|---|---|---|---|

**Wachter, David R**
**1105 Silver Eagle Circle**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $18,333.34 |
|---|---|---|---|

**Wang, Sheng**
**400 Mayten Way**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $11,333.35 |
|---|---|---|---|

**Wee, Chul Min**
**159 Violet Bloom**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $8,333.35 |
|---|---|---|---|

**Wendt, Lloyd B**
**2077 Fidler Avenue**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2022-Dec 2022

Basis for the claim:  Unpaid Wages to Former Employees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **INDIEV, INC.**
       Name

Case number *(if known)*

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,200.00

**WEZ MFG INC**
4088 7th St
Wyandotte, MI 48192

Date(s) debt was incurred  05/02/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,980.00

**Willow Tex**
501 Piedmont Triad West Drive
Mount Airy, NC 27030

Date(s) debt was incurred  12/13/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,666.68

**Wise, Avonelle I**
13120 Bradley Ave #32
Los Angeles, CA 91342

Date(s) debt was incurred  October 2022-Dec 2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages to Former Employees

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,000.00

**WLM Showcase, LLC**
c/o Rudderow Law Group
Nectaria Belantis, Esq.
1301 Dove Street, Suite 800
Newport Beach, CA 92660

Date(s) debt was incurred  7/31/2023

Last 4 digits of account number  9852

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Pending unlawful detainer

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00

**Wong, Ricky K**
9149 E Fairview Ave
San Gabriel, CA 91775

Date(s) debt was incurred  October 2022-Dec 2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages to Former Employees

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $791,149.79

**Wooshin Ind. Co. Ltd**
94 Ami-ro,
Myeoncheon-myeon,
Dangjin-si Korea

Date(s) debt was incurred  10/18/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,800.43

**Xu, Xiaolu**
3540 Wilshire Blvd Apt 1018
Los Angeles, CA 90010

Date(s) debt was incurred  October 2022-Dec 2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Wages to Former Employees

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **INDIEV, INC.**                                                    Case number *(if known)*
         Name

| | | |
|---|---|---|
| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,333.34 |

**Xu, Zhilin**
**2585 West 235th St. Apt. B**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Last 4 digits of account number ___

Basis for the claim:  **October 2022-Dec 2022**
**Unpaid Wages to Former Employees**

Is the claim subject to offset?  ■ No  ☐ Yes

$9,333.34

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,160.00 |

**Yamamoto, Mikil G**
**1216 West 25th Street**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **October 2022-Dec 2022**

Last 4 digits of account number ___

Basis for the claim:  **Unpaid Wages to Former Employees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |

**Yan Chen**
**499 S Spalding Drive**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **01/2022; 04/2022; and 10/2022**

Last 4 digits of account number ___

Basis for the claim:  **Loan from Director and Shareholder; insider of the**
**Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,136,500.00 |

**Ying Zhou**
**520 N Hillcrest Rd.**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2021 - 05/2023**

Last 4 digits of account number ___

Basis for the claim:  **Loan from Debtor's Director and Shareholder;**
**Insider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**YZ Studios**
**5001 S. Soto Street**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022 – 2023**

Last 4 digits of account number ___

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 26,403,492.05 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 26,403,492.05 |

Debtor    **INDIEV, INC.**
          Name                                                    Case number (if known)

| Fill in this information to identify the case: |
|---|

Debtor name    **INDIEV, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
  ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement between Debtor and Rebas, Inc. c/o Toyota Industrial Commercial Finance for (1) Toyota Forklift Model #FBCU30, Serial #74012, Attachments: 42 Inch Forks Battery and Battery Charger.** | |
|---|---|---|---|
| | State the term remaining | **August 2025** | **Toyota Industrial Commercial Financ PO Box 9050 Coppell, TX 75019-9050** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement dated November 22, 2022 between WLM Showcase, LLC (the "Landlord") and IndiEV, Inc (the "Tenant") for the premises located at 1690 Scenic Avenue, Costa Mesa, CA 92626 (the "Buildling"). Base rent for months 1-12 is $43,606.25; for months 13-24, the base rent is $47,094.75.  Landlord is holding a $91,000 security deposit.** | |
|---|---|---|---|
| | State the term remaining | **December 2024** | **WLM Showcase, LLC Attn: William L. Miller 24901 Camino Villa Lake Forest, CA 92630** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     **INDIEV, INC.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                      Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Hai Shi | 1690 Scenic Avenue<br>Costa Mesa, CA 92626 | TA Partners<br>Apartment Fund V<br>LLC | ☐ D _____<br>■ E/F ___3.133___<br>☐ G _____ |
| 2.2 | Snail Games<br>USA Inc. | 1690 Scenic Avenue<br>Costa Mesa, CA 92626 | Bel Air Soto, LLC | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **INDIEVE, Inc.**

_____
Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  A RETAINER OF _____   $ _____ **25,000.00**

    Prior to the filing of this statement I have received A RETAINER OF _____   $ _____ **25,000.00**

    Balance Due _____   $ _____ **0.00**

2.  The source of the compensation paid to me was:
    - [✓] Debtor    [ ] Other (specify):

3.  The source of compensation to be paid to me is:
    - [✓] Debtor    [ ] Other (specify):

4.  [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____10/2/2023_____
Date

_____
**Michael Jay Berger**
_Signature of Attorney_
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223  Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐  Debtor(s) appearing without an attorney

■  Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>INDIEV, INC. | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable. certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____10/ 02/ 2023_____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____10/2/2023_____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

INDIEV, INC.
1690 Scenic Avenue
Costa Mesa, CA 92626


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


A2Mac1
Benchmarking Center
8393 Rawsonville Rd
Belleville, MI 48111


Addnode
6300 West Loop South #335
Bellaire, TX 77401


Adnet Advertising Agency
1935 76th Street, Suite #03
East Elmhurst, NY 11370


Advanced Vehicle Technologies
39205 Country Club Drive #C20
Farmington, MI 48331


Allenki, Saicharan
35333 Drakeshire Lane, Apt 204
Farmington, MI 48335


Applus IDIAMA Group
L'Albornar, PO Box 20
E-43710 Santa Olivia (Tarragona)
Spain

ARRK Product Development Group
4660 La Jolla Village Drive
Suites 100 & 200
San Diego, CA 92122


Asset Tiger
300 Cadman Plaza West, #1303
Brooklyn, NY 11201


AStech Incorporation
3Ba-216 Sihwa Industrial Complex #5
Mayu-ro 42beon-gil
Siheung-si, Gyeonggl do, Korea


AT&T
11462 Telegraph Rd
Santa Fe Springs, CA 90670


Autoliv
Klarabergsviadukten 70
Section B7, 111 64
Stockholm


Bank of America
Attn: Bankruptcy NC4-10
POB 26012
Greensboro, NC 27410


Basirat, Mehdi
3843 Wade St
Los Angeles, CA 90066


Bautista, Moises A
15 Ashton
Mission Viejo, CA 92692

Bel Air Soto, LLC
c/o Jones, Bell, Abbott, Fleming
Fredrick A. Rafeedie, Esq.
601 South Figueroa Street, Suite 34
Los Angeles, CA 90017-5759


Big Ass Fans
Delta T LLC
2348 Innovation Dr., POB #11307
Lexington, KY 40575-1307


Blanco, Amber
2155 New York Drive
Altadena, CA 91001


Buchalter
1000 Wilshire Blvd., Ste 1500
Los Angeles, CA 90017


Bugarin, Rene M
14636 Alexander Street
San Fernando, CA 91340


Butler Compression
9805 Bald Mountain Ct
Agua Dulce, CA 91390


BWI Chassis Dynamics (NA)
12501 E Grand River Ave
Brighton, MI 48116


Capture 3D, Inc
3207 S. Shannon Street
Santa Ana, CA 92704

Carlsen, Christian M
3579 Watkins Drive
Riverside, CA 92507


Chau, Sing Wan
16145 Sigman Street
Hacienda Heights, CA 91745


Chingyu Kuo
m. 906, 9F., No. 346-3, Sec. 3,
Nanjing E. Rd. Songshan Dist.
Taipei City, Taiwan


Cision
12051 Indian Creek Court
Beltsville, MD 20705


City of Beverly Hills
455 North Rexford Drive
Beverly Hills, CA 90210


City of Vernon
4305 S Santa Fe Ave
Vernon, CA 90058


Connection Business Solution
3483 S Evans St., Ste. A
Greenville, NC 27834


Continental Safety Engineering GmbH
Carl-Zeiss-Str. 9
63755 Alzenau, Germany

Cosmo
950 N Tustin Ave, Ste. 101-53
Anaheim, CA 92807


CRR Waste Services - Stanton
11292 Western Avenue
Stanton, CA 90680


Cuevas, Jesse
8814 Marlene Street
Riverside, CA 92503


Daxer Tools
Unit No. 26, 27, 28, Nidhi Ind Comp
Opp.Nicholas Motors, Sativali Road
Vasai (East) Thane 401208


Diamond Environmental Services
807 E. Mission Road
San Marcos, CA 92069


Docusign
221 Main St., Suite 1000
San Francisco, CA 94105


Doud, Gregory P
16097 Sun Summit Point
San Diego, CA 92127


dSpace
50131 Pontiac Trail
Wixom, MI 48393-2020

Dzine
9351 Fireside Dr.
Huntington Beach, CA 92646


Edison
PO Box 300
Rosemead, CA 91772-0002


Embitel Technologies India Pvt
32871 Middlebelt Rd, Ste 100
Farmington, MI 48334


Encore Welding Supply
2900 E. 29th Street
Long Beach, CA 90806


Fabtrans
225 Willowbrok Drive
Whitby, Ontario L1R 2Z2


Ferrell Gas
One Liberty Plaza
Liberty, MO 64068


Fragomen, Del Rey, Bernsen
18401 Von Karman Ave #255
Irvine, CA 92612


Freeman
1101 Moore Rd
Avon, OH 44011

Future US LLC
555 11st NW
Washington, DC 20004


Gage, Thomas B
720 W Pine Ave
El Segundo, CA 90245


Garcia Zepeda, Pedro A
3257 Hollypark Drive Apt 2
Inglewood, CA 90305


GB Services
PO Box 1026
Montebello, CA 90640


Geil Industries
7201 Clay Ave
Huntington Beach, CA 92648


Grainger.com
c/o Avis Law Group
PO Box 31579
Chicago, IL 60631


Gu, ShengXing
1141 West Duarte Road, Unit K
Arcadia, CA 91007


Guo, Yibin
65 Briar Lane
Irvine, CA 92602

Hai Shi
1690 Scenic Avenue
Costa Mesa, CA 92626


Han, Wei
620 North Martel Avenue
Los Angeles, CA 90036


Herc Rentals
3057 S. Golden State Frontage
Fresno, CA 93725


HLH Prototypes
1801 Xing Ji Blg., Xin Sha Road
Shajing, Baoan, Shenzhen China
518125


Ideation Creation Group Inc
1007 Calle Sombra
San Clemente, CA 92673


Idetecht Solutions
4401 Atlantic Ave., 2nd Fl
Long Beach, CA 90807


IMI Exhibits
195 Pioneer Place
Pomona, CA 91768


Industrial Man Manufacturing
No. 186 Nanjiang Road,
Humen Town,Dongguan 523930
China

Industrial Metal Supply
8300 San Fernando Road
Sun Valley, CA 91352


Innovative Office Solutions
3305 E Miraloma Ave #170
Anaheim, CA 92806


Insight NA Headquarters
2701 E Insight Way
Chandler, AZ 85286


Iship Intergetiy
55 E Huntington Drive #310
Arcadia, CA 91006


IT8 Engineering Corp
c/o Bickerstaff Health Delgado
3711 S. Mo-Pac, Bldg 1, Suite 300
Austin, TX 78746


Ju, Young Joon
168 W Green St. Apt #317
Pasadena, CA 91105


Juoku Technology
No. 1, Sinle Road, South Dist.
Tainan City, 702 Taiwan


Khan, Rasel
3828 West 226th St., Apt 48
Torrance, CA 90505

Khandker, Fariz
1515 Wilshire Blvd., Apt 333
Los Angeles, CA 90017


Kim, Wonkyu
15161 Riviera Lane
La Mirada, CA 90638


Kimm, Esther
5709 Avenue A
Torrance, CA 90505


Landmark LLC
Rm 503 306 Sihwabencheo-ro
Siheung, Gyeonggi 15117
Republic of Korea


Lee, Ellen Y
1608 Heather Hill Road
Hacienda Heights, CA 91745


LegalZoom.com
101 North Brand Blvd., 11th Floor
Glendale, CA 91203


Lin, Yu Fong Dolly
2313 Rogers Dr
Alhambra, CA 91803


Litsey, Robert Martin
4965 N Clydebank Ave
Covina, CA 91722

Makepeace, Brian
12826 Penske Street
Moreno Valley, CA 92553


Malibu Diversified, LLC
3100 Jefferson St
Riverside, CA 92504


Marcum
600 Anton Blvd., #1600
Costa Mesa, CA 92626


Martinez Gomez, Arthuro
15652 Williams St., Apt 12D
Tustin, CA 92780


Medina, Rommel R


Mehrabi, Sahar
25572 Loganberry Lane
Lake Forest, CA 92630


Merit, Inc
221 Dongbaekjungangro #403
Dongbaek-dong giheung-gu
Yongin-si Gyeonggi-do 17006 Korea


MesaWater
1965 Placentia Ave
Costa Mesa, CA 92627

Meshkinfam, Farshid
26 Saddleridge
Aliso Viejo, CA 92656


Metro Express Lanes
20101 Hamilton Ave, Ste 100A
Torrance, CA 90502


Metro Technologies
1462 E Big Beaver
Troy, MI 48083-1904


Modiri, Farzin
234 Cliff Drive #8
Laguna Beach, CA 92651


Mokhtari, Kasra
1117 South Hobart Blvd #2
Los Angeles, CA 90006


Moss Adams
999 Third Avenue, Suite 2800
Seattle, WA 98104


MTC
411 Woodlawn Ave
Newark, DE 19711


Myoung Shin Co LTD
Litigation Pending
34, Jayu-ro, Gunsan-si
Jeollabuk-Do, South Korea

National Coatings and Supplies
4900 Falls of Neuse Rd., Suite 150
Raleigh, NC 27609


Neris Cleaning Solutions
2021 Orange Ave
Santa Ana, CA 92707


NOIZ
9665 Wilshire Blvd., #100
Beverly Hills, CA 90212


Olander
144 Commercial Street
Sunnyvale, CA 94086


Pan Taiwan Enterprise
16F-1, No. 16, Jian Ba Road,
Chung Ho District, New Taipei City
23511 Taiwan


Paul Hastings
22/F Bank of China Tower
1 Garden Road
Hong Kong


Pfitzer Designs
200 N Smith
Corona, CA 92880


Phan, Milton
715 South Roanne Street
Anaheim, CA 92804

Picture Mosaics LLC
486 Norristiwn Rd #132
Blue Bell, PA 19422


Pirate Staffing
25020 Avenue Stanford, Suite 160
Valencia, CA 91355


Plager Schack LLP
16152 Beach Blvd #207
Huntington Beach, CA 92647


Rebas, Inc.
12907 Imperial Hwy
Santa Fe Springs, CA 90670-4715


Reid, Steven J
2490 Hillside Avenue
Norco, CA 92860


Reliable Powder Coating
9505 Stewart and Gray Rd
Downey, CA 90241


RLE Int'l
11400 Metro Airport Center Dr #100
Romulus, MI 48174


RNF Signs Inc
309 S Irwindale Ave
Azusa, CA 91702

Robles, Montserrat E
200 No. Bixel St. #205
Los Angeles, CA 90026


Rubio Monroy, Mario A
4408 Burns Ave
Los Angeles, CA 90029


Santos, John Genaro
38 Silver Spring Drive
Palos Verdes Peninsula, CA 90274


Sentry Tech Security Alarm Co
15712 E Gale Ave
Hacienda Heights, CA 91745


Sheppard Mullin
12275 El Camino Real, Ste. 200
San Diego, CA 92130-4092


Shi, Hai
520 North Hillcrest Road
Beverly Hills, CA 90210


Shim, Elisabeth J
2033 La Fremontia Street
South Pasadena, CA 91030


Shipped.com
8628 N. Dysart Rd. Lot B
El Mirage, AZ 85335

Smart Janitorial
645 N Eckhoff St., Ste. J
Orange, CA 92868


Smart Sheet
500 108th Street NE #200
Bellevue, WA 98004


Smith, Ted J
2985 Silver Cloud Circle
Norco, CA 92860


Snail Games Hong Kong
2107 147 Teheran-ro
Gangnam-gu
Seoul, Republic of Korea


Snail Games Japan
2107 147 Teheran-ro
Gangnam-gu
Seoul, Republic of Korea


Snail Games Korea
2107, 147 Teheran-ro
Gangnam-gu
Seoul, Republic of Korea


Snail Games USA Inc.
1690 Scenic Avenue
Costa Mesa, CA 92626


SoCal Distribution
8946 Beatrice Pl
Rosemead, CA 91770-2804

SoCal Gas
1801 S Atlantic Blvd.
Monterey Park, CA 91754


South Coast AQMD
PO Box 4943
Diamond Bar, CA 91765


Sparkletts
PO Box 660579
Dallas, TX 75266


Sparks Marketing
2828 Charter Road
Philadelphia, PA 19154


Standard Profil US LLC
27300 Haggerty Rd F5
Farmington, MI 48331


Star Creative
Rm 906, 9/F., No. 346-3, Sec 3,
Nanjing E. Road, Songshan Dist
Taiei City 105403 Taiwan


Suleiman, Mohammad A
16 Sundown Drive
Trabuco Canyon, CA 92679


Sun, Chi Chang
13463 Twin Palms Ln
Sylmar, CA 91342

Swoosh Technologies
1422 Elbridge Payne Rd., Ste 230
Saint Louis, MO 63017


TA Partners Apartment Fund V LLC
c/o Gordinier Kang & Kim LLP
Edward S. Kim, Esq.
300 Spectrum Center Dr., Ste 1090
Irvine, CA 92618


TATA AutoComp Systems
TACO House, Off Law College Rd
Damle Path, Pune, 411004
India


Tebis America
400 E Big Beaver Rd
Troy, MI 48083


Technicon Design
1800 N Perry St
Ottawa, OH 45875


The Machine Group Inc
1630 E Miraloma Ave
Placentia, CA 92870


The Pun Group LLP
200 E Sandpointe Ave. #600
Santa Ana, CA 92707


Thorne, Michele R
1714 Ramona Ave
South Pasadena, CA 91030-4426

Toyota Commercial Finance
8951 Cypress Waters Blvd. #300
Coppell, TX 75019


Toyota Industrial Commercial Financ
PO Box 9050
Coppell, TX 75019-9050


TPAM
5915 Jason Street
Toledo, OH 43611


TRS Staffing
3 Polaris Way
Aliso Viejo, CA 92656


Ushin
12 Rue Bernard Martel
80100 Abbeville - France


Valenzuela, Carlos A
1082 Belmont Ave., Apt. 4
Long Beach, CA 90804


Valeo Inc
150 Stephenson Hwy
Troy, MI 48083


Villalva, Sandra A
4208 West 133rd St. Apt. B
Hawthorne, CA 90250

Wachter, David R
1105 Silver Eagle Circle
Corona, CA 92881


Wang, Sheng
400 Mayten Way
Fremont, CA 94539


Wee, Chul Min
159 Violet Bloom
Irvine, CA 92618


Wendt, Lloyd B
2077 Fidler Avenue
Long Beach, CA 90815


WEZ MFG INC
4088 7th St
Wyandotte, MI 48192


Willow Tex
501 Piedmont Triad West Drive
Mount Airy, NC 27030


Wise, Avonelle I
13120 Bradley Ave #32
Los Angeles, CA 91342


WLM Showcase, LLC
c/o Rudderow Law Group
Nectaria Belantis, Esq.
1301 Dove Street, Suite 800
Newport Beach, CA 92660

WLM Showcase, LLC
Attn: William L. Miller
24901 Camino Villa
Lake Forest, CA 92630


Wong, Ricky K
9149 E Fairview Ave
San Gabriel, CA 91775


Wooshin Ind. Co. Ltd
94 Ami-ro,
Myeoncheon-myeon,
Dangjin-si Korea


Xu, Xiaolu
3540 Wilshire Blvd Apt 1018
Los Angeles, CA 90010


Xu, Zhilin
2585 West 235th St. Apt. B
Torrance, CA 90505


Yamamoto, Mikil G
1216 West 25th Street
Los Angeles, CA 90007


Yan Chen
499 S Spalding Drive
Beverly Hills, CA 90210


Ying Zhou
520 N Hillcrest Rd.
Beverly Hills, CA 90210

YZ Studios
5001 S. Soto Street
Vernon, CA 90058